# IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL DISTRICT
# WILL COUNTY, ILLINOIS

| | |
|---|---|
| NIRAV THAKKAR, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 15 L 713 |
| OCWEN LOAN SERVICING, LLC, a Delaware ) | |
| limited liability company, and ALTISOURCE ) | |
| SOLUTIONS, INC., a Delaware corporation, ) | |
| ) | |
| Defendants. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that, pursuant to the provisions of 28 U.S.C. §§ 1441 *et seq.*, Defendant Ocwen Loan Servicing, LLC filed a Notice of Removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division. A copy of the Notice of Removal is attached as **Exhibit A**. Pursuant to the provisions of 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

| | |
|---|---|
| November 6, 2015 | Respectfully submitted, |
| | |
| | s/ Maria Z. Vathis |
| | Maria Z. Vathis |
| | BRYAN CAVE LLP |
| | 161 North Clark Street, Suite 4300 |
| | Chicago, IL 60601 |
| | (312) 602-5000 |
| | |
| | *Counsel for Defendants Ocwen Loan Servicing, LLC and Altisource Solutions, Inc.* |

# **CERTIFICATE OF SERVICE**

I certify that on November 6, 2015, the foregoing document was filed electronically and a copy was served on the following counsel:

Stephen Sotelo
The Law Firm of Thomas J. Homer P.C.
200 E. 5th Avenue, Suite 123
Naperville, IL 60563

/s/ Maria Z. Vathis
Maria Z. Vathis