# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-10109 |
| v. ) | |
| ) | District Judge John J. Tharpe Jr. |
| OCWEN LOAN SERVICING, LLC, a Delaware ) | |
| limited liability company, and ALTISOURCE ) | |
| SOLUTIONS, INC., a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

## JOINT INITIAL STATUS REPORT

Pursuant to the Federal Rules of Civil Procedure, Local Rule, and this Court's Standing Order, the parties have conferred telephonically and now jointly submit this Initial Status Report:

**1. Nature of the Case**

    **A. Attorneys of record, and lead trial counsel, for each party.**

| **Plaintiff's Attorneys:** | **Defendants' Attorneys:** |
|---|---|
| Stephen Sotelo (Lead) | Maria Z. Vathis (Lead) |
| The Law Offices of Thomas J. Homer P.C. | Bryan Cave, LLP |
| 200 E. 5th Avenue, Suite 123 | 161 N. Clark Street |
| Naperville, IL 60563 | Chicago, IL 60601 |
| (630) 428-3311 phone | (312) 602-5127 phone |
| (630) 428-3344 fax | Maria.Vathis@bryancave.com |
| ssotelo@homerlawoffices.com | |

    **B. Nature of the claims asserted.**

The five-count Complaint alleges that, on two occasions months apart, Defendants broke into and entered Plaintiff's home, locked him out, removed personal property, and shut off utilities, all without judicial process. There is a dispute between the parties as to whether the mortgage was in default at the time of the first incident. There is no dispute that the mortgage was paid off in full at the time of the second incident. Plaintiff's claims all arise under state law: (i) consumer fraud (statutory); (ii) negligence; (iii) trespass; (iv) conversion; and (v) invasion of privacy.

To date, Defendants have not filed any counterclaims.

1

### C. Major Legal and Factual Issues

Defendants contend that Viresh Thakkar, the mortgagor, was in default of the loan on the property at the time of the first incident. Defendants also contend that they are not liable for the acts of any agents acting outside the scope of their employment.

### D. Relief Sought

Plaintiff seeks legal relief, including but not limited to actual and punitive damages to be proven at trial, costs for the prosecution and investigation of this action, including but not limited to expenses and attorney's fees, and such equitable and other relief as justice may require.

## 2. Jurisdiction

A. Defendants removed this case from the 12th Judicial Circuit Court, Will County, Illinois, on the basis of diversity jurisdiction. 28 U.S.C. § 1332.

B.
   (1) The amount in controversy exceeds the jurisdictional threshold and there is no dispute in this regard.

   (2) State of Citizenship of each party:

   - Plaintiff Nirav Thakkar is domiciled in, and a citizen of, the State of Illinois.
   - Defendant Ocwen Loan Servicing, LLC is a Delaware limited liability company with its principal office at 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409. Its sole member is Ocwen Financial Corporation, a publicly traded company. Defendant Altisource Solutions, Inc. is a Delaware corporation with its principal office at 1000 Abernathy Road, Suite 200, Atlanta, Georgia 30328. Defendant Altisource Solutions, Inc. also contends that there is no basis for specific jurisdiction over it.

## 3. Status of Service

All defendants have been served.

## 4. Magistrate

The parties do not unanimously consent to proceed before a Magistrate Judge.

## 5. Motions

A. No motions are pending.

B. Defendants have answered the Complaint.

**6. Status of Settlement Discussions**

    **A.** Settlement discussions have occurred.

    **B.** A settlement demand has been given by Plaintiff to Defendants. Defendants have not yet accepted, rejected, or countered the demand.

    **C.** At this time, the parties do not request a settlement conference.

Dated: January 7, 2016                    Respectfully submitted,

                                                    By:    /s/_Stephen Sotelo_____ _____
                                                                 Attorney for Plaintiff

Stephen Sotelo
The Law Offices of Thomas J. Homer P.C.
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(630) 428-3311
ssotelo@homerlawoffices.com

                                                      By:    /s/__Maria Vathis_____
                                                                Attorney for the Defendants

Maria Z. Vathis
Bryan Cave, LLP
161 N. Clark Street
Chicago, IL 60601
(312) 602-5127
Maria.Vathis@bryancave.com