## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

NIRAV THAKKAR, an individual,   )
             )
     Plaintiff,   )
             )  Case No. 1:15-cv-10109
     v.     )
             )  District Judge John J. Tharp Jr.
OCWEN LOAN SERVICING, LLC, a Delaware )  Magistrate Judge Maria Valdez
limited liability company, and ALTISOURCE )
SOLUTIONS, INC., a Delaware corporation. )
             )
     Defendants.  )
             )

## AGREED ORDER ON PLAINTIFF'S MOTION
## TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES
## AND LEAVE TO AMEND AFFIRMATIVE DEFENSES

Pursuant to the Plaintiff's Motion to Strike Affirmative Defenses (ECF #19) and the discussion at the Initial Status hearing before the Court on January 14, 2016, the parties submit the following:

1. Defendants Ocwen Loan Servicing, LLC and Altisource Solutions, Inc. shall file amended affirmative defenses by February 24, 2016;

2. Plaintiff's Motion to Strike Affirmative Defenses (ECF #19) is moot;

3. The briefing schedule on Plaintiff's Motion to Strike Affirmative Defenses set forth in this Court's order of January 14, 2016 (ECF #21) is moot.

Respectfully submitted,

_____/s/Stephen Sotelo_____  _____/s/Maria Z. Vathis_____

Stephen Sotelo        Maria Z. Vathis
The Law Firm of Thomas J. Homer, P.C.  Bryan Cave LLP
The Historic Fifth Avenue Station   161 N Clark Street, Suite 4300
200 E. 5th Avenue, Suite 123    Chicago, Illinois 60601
Naperville, IL 60563      312-602-5127


Dated: January 28, 2016

ORDERED:

_____
John J. Tharp Jr.
U.S. District Judge

Dated:_____2/1/16_____