UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 15-cv-10109 |
| v. | ) |
| | ) District Judge John J. Tharpe Jr. |
| OCWEN LOAN SERVICING, LLC, a Delaware | ) Magistrate Judge Maria Valdez |
| limited liability company, and ALTISOURCE | ) |
| SOLUTIONS, INC., a Delaware corporation, | ) |
| | ) |
| Defendants. | ) |

**AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER AND TO EXTEND THE DEADLINE TO COMPLETE FACT DISCOVERY**

Plaintiff, Nirav Thakkar, and Ocwen Loan Servicing, LLC and Altisource Solutions, Inc. (collectively "Defendants"), by the undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), move this Court for entry of an Agreed Confidentiality Order and for an extension of the deadline to complete fact discovery until November 1, 2016. In support thereof, the parties state as follows:

1. On October 6, 2015, Plaintiff filed his Verified Complaint at Law.

2. On November 6, 2015, Defendant Ocwen removed this matter to this Court.

3. The parties have exchanged written discovery. During written discovery, Plaintiff requested certain documents and information that the parties consider to be confidential and/or proprietary in nature. Plaintiff and Defendants desire to maintain the confidentiality of such documents and information through a confidentiality order, and said documents are the appropriate subjects of such an order.

4. After lengthy negotiations, Plaintiff and Defendants have agreed to a Confidentiality Order following the general format of Form LR 26.2 Model Confidentiality Order. A true and correct copy of the proposed Agreed Confidentiality Order will be submitted to the Court in accordance with its standing order.

5. Plaintiff and Defendants move this Court to enter the proposed Agreed Confidentiality Order.

6. On January 26, 2016, an order was entered setting the deadline to complete fact discovery as August 1, 2016 (ECF No. 24).

7. The parties have been diligently working on fact discovery.

8. During written discovery, it became apparent to Defendants that it was necessary to send subpoenas for documents to several entities in order to conduct meaningful written and oral fact discovery. Defendants are in the process of obtaining responses to subpoenas and in sending additional subpoenas.

9. The parties agree that additional time is necessary in order to complete fact discovery.

10. The parties are seeking an extension up to and including November 1, 2016, to complete fact discovery.

11. This Motion is not brought for the purposes of delay.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter the Agreed Confidentiality Order and extend the deadline to complete fact discovery until November 1, 2016, for the reasons set forth herein.

Date: June 17, 2016

Respectfully Submitted,

By: /s/ Stephen Sotelo
Stephen Sotelo
The Law Firm of Thomas J. Homer P.C.
*Counsel for Plaintiff*
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(630) 428-3311
ssotelo@homerlawoffices.com


By: /s/ Maria Z. Vathis
Maria Z. Vathis
BRYAN CAVE LLP
*Counsel for Defendants*
161 North Clark Street Suite 4300
Chicago, Illinois 60601
(312) 602-5000
maria.vathis@bryancave.com

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 17th day of June, 2016, a copy of the foregoing Agreed Motion for Entry of Protective Order and to Extend the Deadline to Complete Fact Discovery was electronically filed and served upon all counsel of record.

/s/ Maria Z. Vathis
Maria Z. Vathis