IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NIRAV THAKKER | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:15-cv-10109 |
| v. | ) | |
| | ) | District Judge John J. Tharp Jr. |
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, ALTISOURCE SOLUTIONS, INC., a Delaware corporation; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., a Luxembourg corporation, BAXOL PROPERTIES, LLC, an Indiana limited liability company and LAUDAN PROPERTIES, LLC, an Ohio limited liability company, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ALTISOURCE SOLUTIONS, INC.'s**
<u>**MOTION TO SUBSTITUTE COUNSEL**</u>

NOW COMES the Defendant, Altisource Solutions, Inc., in accordance with Local Rule 83.17 and hereby moves this Honorable Court for entry of an Order granting Adrian Mendoza and Angela Iaria of Lillig & Thorsness, Ltd., leave to file their appearances on behalf of Altisource Solutions, Inc., and withdrawing the appearances of Eric Martin, Jena M. Valdetero, Maria Zoee Vathis, and Katharine Flynn Lessaris of Bryan Cave Leighton Paisner, LLP on behalf of Altisource Solutions, Inc.

Respectfully submitted,                                Respectfully submitted,

By: /s/ Adrian Mendoza                               By: /s/ Eric Martin
Adrian Mendoza                                       Eric Martin
Angela Iaria                                         Jena M. Valdetero
LILLIG & THORSNESS, LTD.                             Maria Zoee Vathis
1900 Spring Road, Suite 200                          Katherine Flynn Lessaris
Oak Brook, Illinois  60523                           Bryan Cave Leighton Paisner, LLP
(630) 571-1900                                       One Metropolitan Square
(630) 571-1042 – fax                                 211 North Broadway, Suite 3600
amendoza@lilliglaw.com                               St. Louis, MO 63102
aiaria@lilliglaw.com                                 (314) 259-2000

2

eric.martin@bclplaw.com
jena.valdetero@bclplaw.com
maria.vathis@bclplaw.com
kate.lessaris@bclplaw.com