## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NIRAV THAKKER | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:15-cv-10109 |
| v. | ) | |
| | ) | District Judge John J. Tharp Jr. |
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, ALTISOURCE SOLUTIONS, INC., a Delaware corporation; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., a Luxembourg corporation, BAXOL PROPERTIES, LLC, an Indiana limited liability company and LAUDAN PROPERTIES, LLC, an Ohio limited liability company, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on June 6, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp, Jr., in the courtroom usually occupied by him in Room 1419 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Motion to Substitute Counsel**, a copy of which is served upon you.

Respectfully submitted,

ALTISOURCE SOLUTIONS, INC.

By: ___/s/ Adrian Mendoza___

Adrian Mendoza- ARDC# 6225634
Angela Iaria – ARDC #6300963
LILLIG & THORSNESS, LTD.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
amendoza@lilliglaw.com
aiaria@lilliglaw.com
(630) 571-1900

I, Adrian Mendoza, attorney, certifies that he caused the foregoing **Notice of Motion,** to be served upon:

| | |
|---|---|
| Nick Heath Wooten<br>Nick Wooten, LLC<br>4935 Bay Hill Drive<br>Conway, AR 72034 | Stephen T. Sotelo<br>The Law Office of Thomas J. Homer, P.C.<br>200 E. Fifth Avenue, Suite 123<br>Naperville, IL 60563 |
| Ross Michael Zambon<br>Zambon Law, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148 | Eric David Martin<br>Jena Valdetero<br>Maria Zoee Vathis<br>Katharine Flynn Lessaris<br>Bryan Cave LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102 |
| Daniel Joseph Nolan<br>Katherine Decker<br>Kevin Christopher Rasp<br>O'Hagan Meyer, LLC<br>One E. Wacker Drive, Suite 3400<br>Chicago, IL 60601 | Jason Edward Hunter<br>Kathrin Mary Deutschle<br>Litchfield Cavo LLP<br>303 West Madison Street, Suite 300<br>Chicago, IL 60606 |
| Steven Walter Mastrantonio<br>Niekamp, Weisensell, Mutersbaugh & Mastrantonio, LLC<br>23 S. Main Street, Third Floor<br>Akron, OH 44308 | Cornelius Edward McKnight<br>Nathan Pear Karlsgodt<br>McKnight, Kitzinger & Pravdic, LLC<br>117 North Jefferson Street, Suite 301<br>Chicago, IL 60661 |

Via the Court's CM/ECF system before 5:00 p.m. on this 25th day of May, 2018.

                                                         */s/ Adrian Mendoza*