

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Jena M. Valdetero

Firm   Bryan Cave Leighton Paisner LLP

Street Address   161 N Clark St., Suite 4300

City/State/Zip Code   Chicago, IL 60601

Phone Number   312-602-5000

Email address   jena.valdetero@bclplaw.com

ARDC (Illinois State Bar members, only)   6290948

If you have previously filed an appearance with this court using a different name, enter that name.
Bryan Cave LLP (Law Firm Name Change Only)

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| See attachment. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Jena Valdetero                                May 25, 2018
_____          _____
Signature of Attorney                             Date

Rev. 01272016

Attachment

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 15-cv-10109 | Thakkar v. Ocwen | John J. Tharpe, Jr. |
| 15-cv-06871 | Griffin v. U.S. Bank National Association | Jorge L. Alonso |
| 16-cv-05078 | Kamperman v. Deutsche Bank | John Robert Blakey |
| 17-cv-01398 | Mubasher v. Autotrader.com | John Z. Lee |
| 17-cv-7867 | Ponce v. Ocwen | Charles R. Norgle, Sr. |
| 16-cv-10262 | Vivek Chopra v. Anil Manichai Nail | Sharon Johnson Coleman |
| 17-cv-7714 | Davis v. Bank of America | Charles P. Kocoras |