# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1-15 CV 10109 |
| v. ) | |
| ) | Honorable John J. Tharp Jr. |
| OCWEN LOAN SERVICING, LLC, ) | |
| ALTISOURCE SOLUTIONS, INC., ) | |
| ALTISOURCE PORTFOLIO SOLUTIONS, S.A., ) | |
| BAXOL PROPERTIES, LLC, and LAUDAN ) | |
| PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| ALTISOURCE SOLUTIONS, INC., ) | |
| Defendants/Cross Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| BAXOL PROPERTIES, LLC, and LAUDAN ) | |
| PROPERTIES, LLC, ) | |
| Defendants/Cross Defendants. ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| ALTISOURCE SOLUTIONS, INC., and ) | |
| BAXOL PROPERTIES, LLC, ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GREEN GROUP CORP., ) | |
| Third-Party Defendant. ) | |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE THAT effective July 1, 2018, McKnight, Kitzinger & Pravdic, LLC changed its name and address from:

McKnight, Kitzinger & Pravdic, LLC
117 N. Jefferson St., Suite 301
Chicago, Illinois 60661

To the following:

McKnight & Kitzinger, LLC
805 N. Milwaukee Ave, Suite 400
Chicago, Illinois 60642

All future reference to the firm in this matter should be to McKnight & Kitzinger LLC.

The firm's and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

| | |
|---|---|
| McKnight & Kitzinger, LLC<br>805 N. Milwaukee Ave, Suite 400<br>Chicago, IL 60642<br>(312) 463-9400<br>nmcknight@mkplawyers.com | /s/Cornelius E. McKnight<br>Cornelius E. McKnight |

**PROOF OF SERVICE BY ECF**

I, Cornelius E. McKnight, an attorney, being first duly sworn on oath, depose and say that I served a copy of the attached document(s) by filing same with the Clerk of the Court using the CM/ECF system, on July 5, 2018, which will send notification of such filing to the following:

/s/Cornelius E. McKnight
Cornelius E. McKnight

**Attorneys for Nirav Thakkar**
Nicholas H. Wooten
Nick Wooten, LLC
nick@nickwooten.com
linnea@nickwooten.com

Stephen T. Sotelo
The Homer Law Firm, PC
ssotelo@homerlawoffices.com

Ross Michael Zambon
Sulaiman Law Group, Ltd
rzambon@sulaimanlaw.com

**Attorneys for Laudan Properties**
Jason E. Hunter
Kathrin M. Deutschle
Litchfield Cavo, LLP
hunter@litchfieldcavo.com
deutschle@litchfieldcavo.com

Steven W. Mastrantonio
Neikamp, Weisensell, Mutersbaugh & Mastrantonio, LLP
mastrantonio@nwm-law.com

**Attorneys for Altisource**
Adrian Mendoza
Angela M. Iaria
Lillig & Thorsness, Ltd
amendoza@lilliglaw.com
aiaria@lilliglaw.com

**Attorneys for Baxol Properties**
Daniel J. Nolan
Katherine P. Decker
Kevin C. Rasp
O'HAGAN MEYER LLC
dnolan@ohaganmeyer.com
kdecker@ohaganmeyer.com
krasp@ohaganmeyer.com

**Attorneys for Ocwen**
Jena M. Valdetero
Maria Z. Vathis
Katherine F. Lessaris
Bryan Cave Leighton Paisner LLP
jena.valdetero@bclplaw.com
maria.vathis@bclplaw.com
kate.lessaris@bclplaw.com

Eric Martin
Bryan Cave Leighton Paisner LLP
eric.martin@bclplaw.com