**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Nirav Thakkar

                      Plaintiff,

v.                                                          Case No.: 1:15−cv−10109
                                                             Honorable John J. Tharp Jr.

Ocwen Loan Servicing, LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 22, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status and motion hearing held. Cross defendant Baxol orally withdraws its motion to compel [219]. Trial is set for 5/7/19 at 9:00 a.m. A status hearing is set on 2/19/19 at 9:00 a.m., at which time the Court will set a schedule for the submission of a preliminary pretrial order and a date for the pretrial conference. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.