# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-10109 |
| | ) |
| OCWEN LOAN SERVICING, LLC, a | ) |
| Delaware limited liability company; | ) Honorable John J. Tharp, Jr. |
| ALTISOURCE SOLUTIONS, INC., a | ) |
| Delaware corporation; ALTISOURCE | ) Magistrate Judge Maria Valdez |
| PORTFOLIO SOLUTIONS, S.A., a | ) |
| Luxembourg corporation; BAXOL | ) |
| PROPERTIES, LLC, an Indiana limited | ) |
| liability company; and LAUDAN | ) |
| PROPERTIERS, LLC, an Ohio limited | ) |
| liability company; | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendants/Cross Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| BAXOL PROPERTIES, LLC, an Indiana | ) |
| limited liability company; and LAUDAN | ) |
| PROPERTIES, LLC, AN Ohio limited liability | ) |
| company, | ) |
| | ) |
| Defendants/Cross Defendants. | ) |
| _____ | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREEN GROUP CORP., an Illinois | ) |
| corporation, | ) |
| | ) |
| Third-Party Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 24, 2018** at **9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp, Jr., in Courtroom 1419, at the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois and then and there present **LAUDAN PROPERTIES, LLC'S MOTION FOR LEAVE TO JOIN SUMMARY JUDGMENT MOTIONS OF BAXOL PROPERTIES, LLC AND ALTISOURCE SOLUTIONS, INC.,** a copy of which will be served upon you using the CM/ECF system.

By:      /s/ Jason E. Hunter

Jason E. Hunter (6237345)
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6587 (Hunter)
hunter@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I, Jason E. Hunter, an attorney, certify that on October 12, 2018, I served this **Motion for Leave to Join Summary Judgment Motions of Baxol Properties, LLC and Altisource Solutions, Inc.** on all parties of record via the Court's CM/ECF system.

/s/ Jason E. Hunter