# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| NIRAV THAKKAR, an individual; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 15-cv-10109 |
| | ) | |
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; ALTISOURCE SOLUTIONS, INC., a Delaware corporation; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., A Luxembourg corporation; BAXOL PROPERTIES, LLC, an Indiana limited liability company; and LAUDAN PROPERTIES, LLC, an Ohio limited liability company; | ) ) ) ) ) ) ) ) | Honorable John J. Tharp, Jr.  Magistrate Judge Maria Valdez |
| | ) | |
| Defendant(s). | ) | |

**THIRD-PARTY DEFENDANT GREEN GROUP CORPORATION'S
MOTION TO JOIN *VOIR DIRE* OF OTHER PARTIES**

NOW COMES the third-party defendant, Green Group Corporation ("GGC"), by and through its counsel, McKnight & Kitzinger, LLC, and moves this Honorable Court to join the proposed *voir dire* submitted by the other parties in this action, subject to any objections raised by the direct Defendants.

Respectfully submitted,

GREEN GROUP CORPORATION

DATED: August 9, 2019    By:    /s/ Nathan P. Karlsgodt

Cornelius E. McKnight
*cmknight@mcknightkitzinger.com*
Stanley A. Kitzinger
*skitzinger@mcknightkitzinger.com*
Nathan P. Karlsgodt
*nkarlsgodt@mcknightkitzinger.com*
McKnight & Kitzinger, LLC

1

                                              805 N. Milwaukee, Suite 400  
                                              Chicago, Illinois 60642  
                                              PH:    (312) 463-9400  
                                              FAX:  (312) 463-9401  
                                              *Counsel for Third-Party Defendant*  
                                              *Green Group Corporation*