UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; ALTISOURCE SOLUTIONS, INC., a Delaware corporation; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., a Luxembourg corporation; BAXOL PROPERTIES, LLC, an Indiana limited liability company; and LAUDAN PROPERTIES, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 1:15-cv-10109<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT ON MEDIATION**

Pursuant to the Court's Orders, the Parties report that they have agreed to participate in a mediation on December 9, 2019, with the Honorable Judge Keith Brown, Ret.

Dated: October 24, 2019

Respectfully submitted,

***Counsel for Nirav Thakkar***
/s/ Nick Wooten
Nicholas Heath Wooten - *Lead Trial Counsel*
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, AR 72034
(833) 937-6389
nick@nickwooten.com

Stephen T. Sotelo
THE HOMER LAW FIRM, P.C.
Fifth Avenue Station
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(630) 428-3311
ssotelo@homerlawoffices.com

***Counsel for Green Group Corporation:***
/s/ Nathan P. Karlsgodt
Nathan P. Karlsgodt
Stanley A. Kitzinger - *Lead Trial Counsel*
Cornelius McKnight
McKnight & Kitzinger, LLC
805 N. Milwaukee, Suite 400
Chicago, IL 60642
(312) 463-9400
cmcknight@mkplawyers.com
nkarlsgodt@mkplawyers.com
skitzinger@mcknightkitzinger.com

1

Ross Michael Zambon
ZAMBON LAW, LTD.
(of counsel Sulaiman Law Group, Ltd.)
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8181
rzambon@sulaimanlaw.com

Rusty A. Payton
PAYTON LEGAL GROUP
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal

*Counsel for Ocwen Loan Servicing, LLC*
*/s/ Alexander D. Bono*
Alexander D. Bono - *Lead Trial Counsel*
Forrest R. Hansen
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1524
abono@duanemorris.com
frhansen@duanemorris.com

*Counsel for Altisource Solutions, Inc.*
*/s/ Adrian Mendoza*
Adrian Mendoza - *Lead Trial Counsel*
Angela Iaria
LILLIG & THORSNESS, LTD
1900 Spring Road, Suite 200
Oak Brook, Il. 60523
(630) 571-1900
amendoza@lilliglaw.com
aiaria@lillglaw.com

*Counsel for BaXol Properties, LLC*
*/s/ Kevin C. Rasp*
Kevin C. Rasp – *Lead Trial Counsel*
Katherine Decker
O'HAGAN MEYER, LLC
One E. Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 422-6100
krasp@ohaganmeyer.com
kdecker@ohaganmeyer.com

*Counsel for Laudan Properties, LLC*
*/s/ Jason E. Hunter*
Jason E. Hunter
Kathrin M. Deutschle
Michael L. Hahn
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6587
hunter@litchfieldcavo.com
deutschle@litchfieldcavo.com
hahn@litchfieldcavo.com

Steven W. Mastrantonio - *Lead Trial Counsel*
NIEKAMP, WEISENSELL, MUTERSBAUGH &
MASTRANTONIO, LLC
23 S. Main Street, 3rd Floor
Akron, OH 44308
(330) 434-1000
mastrantonio@nwm-law.com