UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIRAV THAKKAR,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; ALTISOURCE SOLUTIONS, INC., a Delaware corporation; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., a Luxembourg corporation; BAXOL PROPERTIES, LLC, an Indiana limited liability company; and LAUDAN PROPERTIES, LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 1:15-cv-10109<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT REGARDING MEDIATION**

The Parties report that mediation was held on March 4, 2020, with the Honorable Judge Keith Brown, Ret. The Parties were unable to reach a settlement. The Pretrial Conference is set for April 14, 2020, at 1:30 p.m.

The Court entered a minute order on February 14, 2020 [DKT 406], striking without prejudice certain pretrial motions. The Parties request the Court set a deadline of March 13, 2020, for any party to request reinstatement of its pretrial motions, or refile those motions with modifications, updates, or revisions.

The Parties respectfully request the Court set the motions for status on April 14, 2020, to coincide with the scheduled pretrial conference.

1

DM1\10951695.1

Dated: March 6, 2020

*Counsel for Nirav Thakkar*
*/s/ Nick Wooten*
Nicholas Heath Wooten - *Lead Trial Counsel*
NICK WOOTEN, LLC
5125 Burnt Pine Drive
Conway, AR 72034
(833) 937-6389
nick@nickwooten.com

Stephen T. Sotelo
THE HOMER LAW FIRM, P.C.
Fifth Avenue Station
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
(630) 428-3311
ssotelo@homerlawoffices.com

Ross Michael Zambon
ZAMBON LAW, LTD.
(of counsel Sulaiman Law Group, Ltd.)
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8181
rzambon@sulaimanlaw.com

Rusty A. Payton
PAYTON LEGAL GROUP
20 North Clark Street
Suite 3300
Chicago, Illinois 60602
(773) 682-5210
info@payton.legal


*Counsel for Ocwen Loan Servicing, LLC*
*/s/ Alexander D. Bono*
Alexander D. Bono - *Lead Trial Counsel*
Forrest R. Hansen
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1524
abono@duanemorris.com
frhansen@duanemorris.com

Respectfully submitted,

*Counsel for Green Group Corporation:*
*/s/ Nathan P. Karlsgodt*
Nathan P. Karlsgodt
Stanley A. Kitzinger - *Lead Trial Counsel*
Cornelius McKnight
MCKNIGHT & KITZINGER, LLC
805 N. Milwaukee, Suite 400
Chicago, IL 60642
(312) 463-9400
nmcknight@mcknightkitzinger.com
nkarlsgodt@mcknightkitzinger.com
skitzinger@mcknightkitzinger.com


*Counsel for BaXol Properties, LLC*
/*s/ Kevin C. Rasp*
Kevin C. Rasp – *Lead Trial Counsel*
O'HAGAN MEYER, LLC
One E. Wacker Drive, Suite 3400
Chicago, IL 60601
(312) 422-6100
krasp@ohaganmeyer.com


*Counsel for Laudan Properties, LLC*
*/s/ Jason E. Hunter*
Jason E. Hunter
Kathrin M. Deutschle
Michael L. Hahn
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6587
hunter@litchfieldcavo.com
deutschle@litchfieldcavo.com
hahn@litchfieldcavo.com

Steven W. Mastrantonio - *Lead Trial Counsel*
NIEKAMP, WEISENSELL, MUTERSBAUGH &
MASTRANTONIO, LLC
23 S. Main Street, 3rd Floor
Akron, OH 44308
(330) 434-1000
mastrantonio@nwm-law.com

2

***Counsel for Altisource Solutions, Inc.***
*/s/ Adrian Mendoza*
Adrian Mendoza - *Lead Trial Counsel*
Angela Iaria
LILLIG & THORSNESS, LTD
1900 Spring Road, Suite 200
Oak Brook, Il. 60523
(630) 571-1900
amendoza@lilliglaw.com
aiaria@lilliglaw.com